In the Matter of the Accounting of MAY H. RITCHEY et al., as Executors of DANIEL P. RITCHEY, Deceased, Respondents.

ANNIE HERBST et al., as Executors of JOSEPH HERBST, Deceased, Appellants.

(Argued May 11, 1931; decided May 22, 1931.)

*Henry C. Burnstine* and *Albert Hirst* for appellants.
*Bennett E. Siegelstein* for respondents.

Order affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.